**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Brian Aldrich DUPREE, Defendant–Appellant.**

**No. 10–15089
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 9, 2012.

Christopher Bly, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

John Lovell, Hollberg & Weaver, LLP, Atlanta, GA, Brian Aldrich Dupree, Miami, FL, for Defendant–Appellant.

---

Before HULL, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

John Lovell, appointed counsel for Brian Aldrich Dupree, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dupree's conviction and sentence are **AFFIRMED.**